IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

GOLDEN TRIANGLE CONSTRUCTION )
COMPANY, INC., TRANSCONTINENTAL )
INSURANCE COMPANY, )
                                                   )
         Plaintiffs, )
                                                   )
         v. )         Civil Action No. 05-1164
                                                   )
UNITED RENTALS, INC., UNITED )         Chief Judge Ambrose
STATES FIDELITY AND GUARANTY )         Magistrate Judge Hay
COMPANY, COMMONWEALTH OF )
PENNSYLVANIA, DEPARTMENT OF )
TRANSPORTATION, )
                                                   )
         Defendants. )

## O R D E R

AND NOW, this _16th_ day of _May_, 2006, after defendant, United Rentals,

Inc., filed a Notice of Removal from the Court of Common Pleas of Allegheny County, and after

a Motion to Remand was submitted by defendant, Commonwealth of Pennsylvania, Department

of Transportation, and after a Report and Recommendation was filed by the United States

Magistrate Judge granting the parties ten days after being served with a copy to file written

objections thereto, and no objections having been filed, and upon independent review of the

motion and the record, and upon consideration of the Magistrate Judge's Report and

Recommendation, which is adopted as the opinion of this Court,

         IT IS ORDERED that defendant's Motion to Remand [Docket No.4] is DENIED.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules

of Appellate Procedure, if any party desires to appeal from this Order they must do so within

thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed.R.App.P.


DONETTA W. AMBROSE
Chief United States District Judge

cc:    Honorable Amy Reynolds Hay
       United States Magistrate Judge

       Anthony J. Williott, Esquire
       Brett W. Farrar, Esquire
       Dickie, McCamey & Chilcote
       Two PPG Place
       Suite 400
       Pittsburgh, PA 15222-5402

       John F. Deasy, Esquire
       Marshall, Dennehey, Warner, Coleman & Goggin
       600 Grant Street, USX Tower
       Suite 2900
       Pittsburgh, PA 15219

       Avrum Levicoff, Esquire
       Levicoff, Silko & Deemer, P.C.
       Centre City Tower, Suite 1900
       650 Smithfield Street
       Pittsburgh, PA 15222-3911

       Thomas L. Donohoe, Sr. Deputy Attorney General
       Kemal Mericli, Sr. Deputy Attorney General
       Fifth Floor, Manor Complex
       564 Forbes Avenue
       Pittsburgh, PA 15219