IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GOLDEN TRIANGLE CONSTRUCTION COMPANY, INC., TRANSCONTINENTAL INSURANCE COMPANY, | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Civil Action No. 05-1164 |
| UNITED RENTALS, INC., UNITED STATES FIDELITY AND GUARANTY COMPANY, COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT OF TRANSPORTATION, | ) ) ) ) ) ) ) | Chief Judge Ambrose Magistrate Judge Hay |
| Defendants. | ) | |

## ORDER

AND NOW, this 22nd day of May, 2006, after plaintiffs, Golden Triangle Construction Company, Inc. and Transcontinental Insurance Company, filed a Motion for Stay of Proceedings, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties ten days after being served with a copy to file written objections thereto, and no objections having been filed, and upon independent review of the motion and the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS ORDERED that plaintiffs' Motion for Stay of Proceedings [Docket No.28] is DENIED and the case is DISMISSED WITHOUT PREJUDICE since it is not ripe for review.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if any party desires to appeal from this Order they must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed.R.App.P.

*This case is Closed.*

/s/ Donetta W. Ambrose
DONETTA W. AMBROSE
Chief United States District Judge

cc: Honorable Amy Reynolds Hay
United States Magistrate Judge

Anthony J. Williott, Esquire
Brett W. Farrar, Esquire
Dickie, McCamey & Chilcote
Two PPG Place
Suite 400
Pittsburgh, PA 15222-5402

John F. Deasy, Esquire
Marshall, Dennehey, Warner, Coleman & Goggin
600 Grant Street, USX Tower
Suite 2900
Pittsburgh, PA 15219

Avrum Levicoff, Esquire
Levicoff, Silko & Deemer, P.C.
Centre City Tower, Suite 1900
650 Smithfield Street
Pittsburgh, PA 15222-3911

Thomas L. Donohoe, Sr. Deputy Attorney General
Kemal Mericli, Sr. Deputy Attorney General
Fifth Floor, Manor Complex
564 Forbes Avenue
Pittsburgh, PA 15219